UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                   02-cr-451 (PKC)

         -against-                                ORDER

CHAROD BECTON,

                         Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        By motion received in Chambers on June 21, 2022, defendant Charod Becton moves to reconsider the Court's Order of May 20, 2022 denying his motion for a ninety-day extension of time to file a section 2255 motion. The defendant has not identified any fact or principle of law that had been raised by defendant in his motion (Doc 281) that was overlooked by the Court in deciding that motion. The motion to reconsider is, therefore, denied.

        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

                                                        P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       June 28, 2022

COPY MAILED TO: Charod Becton, Register No. 53889-054, Atwater USP, Federal Way, Atwater CA 95301