# The Law Office of
# James M. Schmitz

630 Malcolm X Blvd, 16F
New York, NY 10037
Admitted: NY, NJ

(929) 263-4599
james@jmslaw.net

**VIA ECF**

September 28, 2023

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   United States v. Henderson, et al.
      02-cr-00451 (PKC)

Dear Judge Castel:

> Under established Second Circuit, in the absence of a filed section 2255 motion, the Court is not empowered to grant the requested relief.
>
> SO ORDERED
> [signature]
> USDJ
> 9-28-23

    I am pro bono counsel for Charrod Becton, a defendant in the above matter.

    In connection with Mr. Becton's forthcoming habeas corpus petition alleging ineffective assistance of counsel, I would like to confer with the investigator(s) who previously worked on his case. Given the age of the case, his prior attorneys do not have a clear recollection of which investigators were involved. Accordingly I reached out the CJA Office to ask about CJA investigator vouchers, which might provide some leads.

    I recently spoke to the very helpful Assistant Director of Criminal Case Operations Tracy Miller at the CJA Office. Assistant Director Miller informed me that her office normally would not retain records in such an old case. Nevertheless she believes that e-voucher records may exist in an older database, which is still maintained but no longer used.

    According to Assistant Director Miller, accessing the older database would require that your Honor endorse a formal request to that effect.

    I therefore respectfully request that your Honor endorse or otherwise authorize the staff of the CJA Office to access the older database for this one-time, limited purpose.

Respectfully,

*James Schmitz*

James Schmitz