UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                          02-cr-451 (PKC)

                 -against-                      ORDER

CHAROD BECTON,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        On March 26, 2023, James M. Schmitz filed a notice of appearance with this

Court on behalf of Charod Becton.  Schmitz has advised the Court that he was "officially

retained" by Mr. Becton in December 2022.  He is assisted by a private investigator "retained by

the family of Charod Becton."

         Presently, there is no motion pending before the Court pursuant to 28 U.S.C. §

2255.

        Schmitz has delivered to the undersigned but not filed motion papers in support of

(a) appointment of counsel to assist Becton in filing a section 2255 motion and (b) an order

requiring the government and prior counsel to produce various materials.  On behalf of Becton,

Schmitz seeks to have the entirety of his motion papers filed under seal because disclosure of a

limited portion of that application might endanger Becton.  The application to seal is denied

without prejudice to submission of a sealed and redacted version of the application.

        The Court expresses no view on the merits of any application.  The government

shall respond by April 3, 2024.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 16, 2024