UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                 02-cr-451 (PKC)

          -against-                                                          <u>ORDER</u>

CHAROD BECTON,

                        Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        If Mr. Schmitz, as counsel for defendant Becton, wishes to reply to the government submission of April 3, 2024, he shall do so no later than May 1, 2024.

        SO ORDERED.

                                                                P. Kevin Castel
                                                          United States District Judge

Dated:  New York, New York
           April 10, 2024