UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       02-cr-451 (PKC)

          -against-                                               <u>ORDER</u>

CHAROD BECTON,

                              Defendant.
-------------------------------------------------------------x

CHAROD BECTON,

                              Movant,
          -against-                                               24-cv-3439 (PKC)

UNITED STATES OF AMERICA,

                              Respondent.
_____x

CASTEL, U.S.D.J.

       As the Court has said in its prior Order, it will not permit a hybrid representation on Becton's 2255 motion, which Becton filed pro se. For now, Becton is proceeding pro se and Mr. Schmitz has no authority to file applications or responses to applications on Becton's behalf. The Clerk is requested to terminate the Letter Motion at ECF 296.

- 2 -

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
        June 20, 2024


COPY MAILED TO: Charod Becton, Register No. 53889-054, USP Atwater, U.S. Penitentiary, P.O. Box 019001, Atwater CA  95301