UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                  02-cr-451 (PKC)

      -against-                                  ORDER

CHAROD BECTON,

                       Defendant.
-----------------------------------------------------------x

CHAROD BECTON,

                     Movant,
      -against-                          24-cv-3439 (PKC)

UNITED STATES OF AMERICA,

                     Respondent.
_____x

CASTEL, U.S.D.J.

       The Court sua sponte grants defendant Becton until October 21, 2024 to submit a reply.

       SO ORDERED.

                                          P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       September 26, 2024

COPY MAILED TO: Charod Becton, Register No. 53889-054, USP Atwater, U.S. Penitentiary, P.O. Box 019001, Atwater CA 95301